# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2023-2961

———————————————

LORENZO BROOKS,

Petitioner,

v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

Respondent.

———————————————

Petition for Writ of Certiorari—Original Jurisdiction.

June 7, 2024

PER CURIAM.

The Court dismisses this proceeding as duplicative of case number 1D23-3161.

ROBERTS, ROWE, and LONG, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Lorenzo Brooks, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.